No. 12–5901. NICOLAISON v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 12–5937. BEEMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5962. WHITE v. NAPOLITANO, SECRETARY OF HOMELAND SECURITY. C. A. 11th Cir. Certiorari denied.

No. 12–5978. MINORA-ESCARCEGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6262. REDDY v. GILBERT MEDICAL TRANSCRIPTION SERVICE, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6267. JOHNSON v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6274. FOGLE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 12–6283. MANGRAM v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 12–6289. MEILLEUR v. STRONG ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–6294. JAWORSKI v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6296. AHLUWALIA v. AYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6297. ALLEN v. CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6298. ANDRADE-PAROMO v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 12–6303. ALLEN v. ZAVARAS ET AL. C. A. 10th Cir. Certiorari denied.